# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**CIVIL ACTION NO: 3:16-CV-00724-JHM**

**TODD BONDS**                                                                             **PLAINTIFF**

**V.**

**DANIEL OLDAKER,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

This matter having come before the Court on a dispositive motion filed by Defendants, and the Court having issued a Memorandum Opinion and Order on this date granting said motion,

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendants consistent with the Court's memorandum opinion and order and the Plaintiff's complaint be dismissed with prejudice.

*Joseph H. McKinley Jr., District Judge*
*United States District Court*

March 1, 2019

cc: counsel of record
    Todd Bonds, *pro se*